UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIMOTHY G. HENSON,            )<br>                                                       )<br>              Petitioner,           )<br>                                                       )<br>v.                                                  )<br>                                                       )<br>ALAN FINNAN,                        )<br>                                                       )<br>              Respondent.         ) | No. 1:09-cv-1340-SEB-JMS |

### Entry Discussing Petition for Writ of Habeas Corpus

In a prison disciplinary proceeding identified as No. ISR 08-08-0037, Timothy Henson was found guilty of violating prison rules and was sanctioned. That determination has since been vacated and a new hearing will be conducted. This renders the habeas action moot, and an action which is moot must be dismissed for lack of jurisdiction. *Diaz v. Duckworth*, 143 F.3d 345, 347 (7th Cir. 1998); *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997).

The respondent's motion to dismiss (dkt 11) is **granted.** Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 03/01/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana